UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALVARO MATIAS GROSSO,

Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

Case No.: 3:26-cv-3112-JES-DDL

**ORDER:**

**(1) DENYING PETITION FOR WRIT OF HABEAS CORPUS; and**

**(2) DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

**[ECF Nos. 1, 3]**

On May 11, 2026, Petitioner filed a petition for writ of habeas corpus, challenging his immigration detention. ECF No. 1. Petitioner concurrently filed a motion for temporary restraining order ("TRO"). ECF No. 3.

Prior to this instant petition, Petitioner has filed several other petitions before this Court: Case No. 25-cv-3593-JES-BJW, filed on December 12, 2025; Case No. 26-cv-396-CAB-MMP, filed on January 22, 2026; Case No. 26-cv-1575-BAS-BLM, filed on March 12, 2026; and Case No. 26-cv-1982-JLS-JLB, filed on March 27, 2026. Each of these habeas petitions have been ruled upon and are closed. Petitioner's new petition in this

1

instant case fails to raise any new issues not already addressed by the Court in these previous cases. Accordingly, the Court must **DENY WITHOUT PREJUDICE** the petition at this time.

In Petitioner's motion for TRO, he appears to ask this Court to order a stay of removal so that he cannot be removed until his application for a T-Visa is ruled upon. ECF No. 3. This relief that Petitioner seeks, however, is not proper relief to ask this Court. The issues regarding Petitioner's removal and his T-Visa application are not within the jurisdiction of this Court to decide. Thus, the relief that Petitioner seeks is not proper relief to ask this Court. Accordingly, the Court **DENIES** the motion for TRO.

**IT IS SO ORDERED.**

Dated: May 27, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-3112-JES-DDL